```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO EXPOSITION SERVICES, INC., a California corporation<br><br>Defendant. | NO.  C 09 1546 JL<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for October 31, 2008 be continued to October 14, 2009 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: July 9, 2009                             _____
                                                Honorable Judge James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE