```
 1  0ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 600
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE SIGN PICTORIAL AND DISPLAY INDUSTRY, et al., | NO. C 09 1546 JL |
|---|---|
| Plaintiffs, | REQUEST FOR CONDITIONAL DISMISSAL; ORDER |
| vs. | |
| SAN FRANCISCO EXPOSITION SERVICES, INC., a Nevada corporation | |
| Defendants. | |

Plaintiff can advise the Court that payment in full has been tendered today, by ordinary business check. Good cause exists to conditionally dismiss this case.

Respectfully submitted.

Dated: June 23, 2010          ERSKINE & TULLEY

                              By:/s/Michael J. Carroll
                                 Michael J. Carroll
                                 Attorneys for Plaintiffs

REQUEST FOR CONDITIONAL DISMISSAL; ORDER
1

O R D E R

IT IS ORDERED that this action be dismissed without prejudice subject to being reinstated to the civil active calendar if plaintiffs counsel files a declaration within thirty (30) days stating that the consideration tendered was not honored by the bank.

Dated: June 24, 2010

_____
Honorable Judge James Larson

REQUEST FOR CONDITIONAL DISMISSAL; ORDER
2